

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JAN 27 2016
ARTHUR JOHNSTON
BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.          CRIMINAL NO. 1:16cr4 LG-RHW

BYRON WILSON          18 U.S.C. § 111

**The United States Attorney charges:**

On or about August 26, 2015, in Jackson County in the Southern Division of the Southern District of Mississippi, the defendant, **BYRON WILSON**, knowingly and intentionally, did forcibly assault, resist, oppose, impede, intimidate, and interfere with Letter Carrier F.M. of the United States Postal Service who was engaged in and on account of the performance of her official duties.

In violation of Section 111, Title 18, United States Code.

Ruth R. Morgan, Supv AUSA

GREGORY K. DAVIS
United States Attorney